## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, ███████, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of an application for an arrest warrant for ZACHARY ALLEN KAM.

2. Your affiant, ███████, is a Sergeant with the United States Park Police ("USPP"). In my duties as a USPP Sergeant, assigned to the Intelligence and Counterterrorism Branch, I investigate criminal matters, including terrorism. As a federal law enforcement officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of federal criminal laws.

3. The facts of this affidavit come from my review of the evidence, my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Except as explicitly set forth below, I have not distinguished in this affidavit between facts of which I have personal knowledge and facts of which I have hearsay knowledge. This affidavit merely intends to show that sufficient probable cause exists for the requested warrants and does not set forth all of my knowledge about this matter.

### FACTUAL BACKGROUND

4. On July 24, 2024, several groups applied for and were granted permits to demonstrate on the National Mall. An organization was granted a sole permit for the area of Columbus Circle, which is located at the intersection of Massachusetts Avenue Northeast and E Street Northeast, Washington, D.C., directly in front of Union Station.

5.  In anticipation of the demonstrations, members of the USPP, U.S. Capitol Police ("USCP"), and the Metropolitan Police Department ("MPD") were present around Columbus Circle and other parts of downtown Washington, D.C.

6.  Demonstrators began to gather in Columbus Circle at approximately 2:50 p.m. At approximately 3:26 p.m., the USPP revoked the permit that had been issued to the organization. Pursuant to regulation, organizers must undertake, in good faith, all reasonable action to provide sufficient "marshals" to ensure good order and self-discipline during the demonstration. *See* 36 CFR 7.96 (g)(5)(xii). The USPP attempted to locate the organization's marshals multiple times but were unable to find them. At approximately 3:26 p.m., a USPP Lieutenant called the individual permit holder. The permit holder failed to answer his phone and the call went directly to voicemail. The USPP Lieutenant left a voicemail officially revoking the organization's permit.

7.  Despite the revocation of the permit, demonstrators remained in and around Columbus Circle until approximately 5:00 p.m. From approximately 2:59 p.m. until 5:00 p.m., individuals in Columbus Circle pulled down flags affixed to the flagpoles; burned flags and objects; interfered with law enforcement's ability to place individuals under arrest; and sprayed graffiti on multiple statues and structures.

8.  The flags pulled down from the flag poles, and the statutes and structures in Columbus Circle, are all property of the federal government. The National Park Service estimated that the total cost to clean up and repair the site at $11,282.23.

## FACTS SUPPORTING PROBABLE CAUSE

9.  On July 24, 2024, at approximately 3:00 p.m., USPP officers were attempting to place an individual under arrest for pulling down a flag from a flagpole in Columbus Circle. The individual fled and USPP officers pursued him and ultimately caught up with him amidst the

crowd.  As USPP officers were effecting that arrest, KAM approached USPP Officer L.I. from behind, grabbed the top of Officer L.I.'s vest, and pulled Officer L.I. to the ground, dragging him several feet.  Officer L.I. sustained scrapes to his right hand and elbow, and bruising to both knees.  The assault was captured in multiple videos and photos, later shared on X (formerly Twitter) and other platforms, as well as USPP body-worn camera.



*Figure 1: Still from Open-Source Footage Depicting KAM grabbing Officer L.I.'s Vest*



*Figure 2: Open-Source Footage Showing KAM dragging Officer L.I.*

10. USPP Officer J.R., who was with USPP Officer L.I., tried to pursue KAM as KAM ran into the crowd, but was unable to catch him. Officer J.R. returned to Officers A.M. and L.I. and continued to try and place the initial individual under arrest.

11. Officer L.I. stood in front of the other officers, yelling at the crowd to get back, as the crowd continued to yell at and approach the officers. As captured on multiple open-source videos posted to various internet platforms, KAM returned less than a minute later, this time grabbing Officer J.R.'s vest, and pulling Officer J.R. to the ground.



*Figure 3: Open-Source Footage Showing KAM Grab Officer J.R.'s Vest*

12. After pulling Officer J.R. to the ground, KAM ran into the crowd and escaped.

### *Identification and Arrest of KAM*

13. At the time of the assaults, KAM was wearing a red and blue hat, gray t-shirt, a tan camouflage vest, blue jeans, and black shoes. USPP Officers who were stationed in an observation post near Columbus Circle broadcasted KAM's description over police radio. The broadcasted description was a white male wearing a camouflaged vest and blue jeans.

14. Additionally, open-source footage of KAM shows that KAM has a distinctive tattoo on his left forearm along with a black watch:



*Figure 4: Open-Source Photo Showing Tattoo on KAM' Left Forearm*

15.     KAM also wore white and black bracelets on his right wrist.



*Figure 5: Open-Source Footage Showing Bracelet on KAM's Left Wrist*

16. At approximately 7:13 p.m., USPP Officers near John Marshall Park, which is located on the 400 Block of C Street Northwest, Washington D.C., observed an individual wearing blue jeans and a camouflaged vest that appeared to match the description of KAM.



*Figure 6: Still from Body-Worn Camera When KAM was Stopped near John Marshall Park*

17. Because he matched the broadcast description of the individual who assaulted police, KAM was detained to further confirm his identity. During the interaction, KAM consented to a search of his backpack, in which USPP recovered what appeared to be the same red and blue hat, and gray shirt with the Palestinian flag that KAM was wearing when he assaulted Officers L.I. and J.R. a few hours earlier. Officers also recovered an Illinois Driver's License bearing the name ZACHARY KAM.

18. While KAM was wearing a different t-shirt when he was apprehended than when he assaulted Officers L.I. and J.R. four hours earlier, he wore the same tan camouflage vest with distinctive patches:

 

Figure 7A: Still from Arrest    Figure 7B: Still from Assault

19. The tattoo on his left forearm was also visible, as well as the black watch on his left wrist, and black and white bracelets on his right wrist.





20.    In addition, the red hat and grey shirt found inside KAM's bag match the shirt and hat he was wearing during the assaults.

21.    Based on the foregoing, your affiant submits that there is probable cause to believe that KAM violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties.  Persons designated within section 1114 of Title 18 include federal officers such as USCP and USPP officers, and includes any person assisting an officer or employee of the United States in the performance of their official duties.

_____
United States Park Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of October 2024.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE